UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GABOR FAZEKAS, WACLAW PIATEK, ROMAN
JEGLINSKI, JOHNNY P.D. TORRES, PATEREK          Case No. 20-cv-1587(RJD)(CLP)
LUKASZ, LUIS PATRICIO RODRIGUEZ SEPA,
ANGEL DIAZ, JULIO M. CARABALLO,
STANISLAW R. SIURDA, STANISLAW KURAS,
ANDRZEJ KOLANO, BOGDAN S. KOSCIELNY,             **ANSWER TO COMPLAINT**
SLAWOMIR KOMOROWSKI, ROBERT LIPSKI,
ROBERT SADOWSKI, HENRYK SAGAN,
ZBIGNIEW STORCZYNSKI, JOSE I. GUAZHIMA,
PRISCILIANO F. GUZMAN, SEGUNDO RAUL
PULLUTACI TOASA, PETER FURTKEVIC,
ZDZISLAW DANIEC, SAMUEL GALINDO,
MAREK POMASKI, PIECZYKOLAN MARIUSZ,
BILSKI LUKASZ, DARIUSZ STOPYRA, MARCIN
KUTYLA, BARTLOMIEJ KOCHANCZYK, JOSE
RODRIGO DOTA TORRES, LECH S.
KUNIKOWSKI, SALATIEL E.C. PASTEN, and
SAMUEL G. JUAREZ, on behalf of themselves and
all others similarly situated,

                              Plaintiffs,


               -against-


ZEN RESTORATION, INC., ZEN EUROPEAN
RESTORATION, CORP., PRIMO PLUMBING &
HVAC, CORP., MIDWAY ELECTRIC CORP.,
BERNARD  Z.  SOBUS,  Individually,  and
PRZEMYSLAW SOBUS, Individually,

                              Defendants.
------------------------------------------------------------X

        Defendants Zen Restoration, Inc. ("Zen"), Zen European Restoration Corp. ("ZERC"), Primo

Plumbing & HVAC Corp. ("Primo"), Midway Electric Corp. ("Midway"), Bernard Sobus

("Bernard") and Przemyslaw Sobus ("Prezemyslaw") (collectively "Defendants"), by their attorneys

Lewis Brisbois Bisgaard & Smith LLP, as and for their Answer to the Complaint, allege as follows:

## PRELIMINARY STATEMENT

1.      Deny the allegations contained in paragraph 1.

2.      Deny the allegations contained in paragraph 2.

3.      Deny the allegations contained in paragraph 3.

4.      Deny the allegations contained in paragraph 4.

5.      Deny the allegations contained in paragraph 5.

6.      Deny the allegations contained in paragraph 6.

7.      Deny the allegations contained in paragraph 7.

8.      Deny the allegations contained in paragraph 8.

9.      Deny the allegations contained in paragraph 9.

10.     Deny the allegations contained in paragraph 10.

## JURISDICTION

11.     Deny the allegations contained in paragraph 11.

12.     Deny the allegations contained in paragraph 12.

13.     Deny the allegations contained in paragraph 13.

14.     Deny the allegations contained in paragraph 14 and refer all questions of law to the Court.

15.     Deny the allegations contained in paragraph 15 except admit Plaintiffs demand trial by jury.

## PARTIES

16.     Deny having knowledge or information sufficient to form a belief as to the allegations contained in paragraph 16.

17.     Deny the allegations contained in paragraph 17.

18.     Admit the allegations contained in paragraph 18.

19.     Deny the allegations contained in paragraph 19.

20.     Deny the allegations contained in paragraph 20 and refer to the referenced source for the contents thereof.

21.     Deny the allegations contained in paragraph 21.

22.     Deny the allegations contained in paragraph 22.

23.     Deny the allegations contained in paragraph 23.

24.     Admit the allegations contained in paragraph 24.

25.     Deny the allegations contained in paragraph 25.

26.     Deny the allegations contained in paragraph 26.

27.     Deny the allegations contained in paragraph 27.

28.     Deny the allegations contained in paragraph 28.

29.     Deny the allegations contained in paragraph 29.

30.     Deny the allegations contained in paragraph 30.

31.     Admit the allegations contained in paragraph 31.

32.     Deny the allegations contained in paragraph 32.

33.     Deny the allegations contained in paragraph 33.

34.     Deny the allegations contained in paragraph 34.

35.     Deny the allegations contained in paragraph 35.

36.     Deny the allegations contained in paragraph 36.

37.     Deny the allegations contained in paragraph 37.

38.     Deny the allegations contained in paragraph 38.

## COLLECTIVE ACTION ALLEGATIONS

39.     Deny the allegations contained in paragraph 39.

40.     Deny the allegations contained in paragraph 40.

41.     Deny the allegations contained in paragraph 41.

42.     Deny the allegations contained in paragraph 42.

## NEW YORK CLASS ACTION ALLEGATIONS

43.     Deny the allegations contained in paragraph 43.

44.     Deny the allegations contained in paragraph 44.

45.     Deny the allegations contained in paragraph 45.

46.     Deny the allegations contained in paragraph 46.

47.     Deny the allegations contained in paragraph 47.

48.     Deny the allegations contained in paragraph 48.

49.     Deny the allegations contained in paragraph 49.

50.     Deny the allegations contained in paragraph 50.

## CLASSWIDE FACTUAL ALLEGATIONS

51.     Deny the allegations contained in paragraph 51.

52.     Deny the allegations contained in paragraph 52.

53.     Deny the allegations contained in paragraph 53.

54.     Deny the allegations contained in paragraph 54.

55.     Deny the allegations contained in paragraph 55.

56.     Deny the allegations contained in paragraph 56.

57.     Deny the allegations contained in paragraph 57.

58.     Deny the allegations contained in paragraph 58.

59.     Deny the allegations contained in paragraph 59.

60.     Deny the allegations contained in paragraph 60.

61.     Deny the allegations contained in paragraph 61.

62.     Deny the allegations contained in paragraph 62.

63.     Deny the allegations contained in paragraph 63.

64.     Deny the allegations contained in paragraph 64.

65.     Deny the allegations contained in paragraph 65.

66.     Deny the allegations contained in paragraph 66.

67.     Deny the allegations contained in paragraph 67.

68.     Deny the allegations contained in paragraph 68.

69.     Deny the allegations contained in paragraph 69.

70.     Deny the allegations contained in paragraph 70.

71.     Deny the allegations contained in paragraph 71.

72.     Deny the allegations contained in paragraph 72.

73.     Deny the allegations contained in paragraph 73.

74.     Deny the allegations contained in paragraph 74.

75.     Deny the allegations contained in paragraph 75.

76.     Deny the allegations contained in paragraph 76.

77.     Deny the allegations contained in paragraph 77.

78.     Deny the allegations contained in paragraph 78.

79.     Deny the allegations contained in paragraph 79.

80.     Deny the allegations contained in paragraph 80.

81.     Deny the allegations contained in paragraph 81.

82.     Deny the allegations contained in paragraph 82.

83.     Deny the allegations contained in paragraph 83.

84.     Deny the allegations contained in paragraph 84.

85.     Deny the allegations contained in paragraph 85.

86.     Deny the allegations contained in paragraph 86.

87.     Deny the allegations contained in paragraph 87.

88.     Deny the allegations contained in paragraph 88.

89.     Deny the allegations contained in paragraph 89.

90.     Deny the allegations contained in paragraph 90.

91.     Deny the allegations contained in paragraph 91.

92.     Deny the allegations contained in paragraph 92.

93.     Deny the allegations contained in paragraph 93.

94.     Deny the allegations contained in paragraph 94.

95.     Deny the allegations contained in paragraph 95.

96.     Deny the allegations contained in paragraph 96.

97.     Deny the allegations contained in paragraph 97.

98.     Deny the allegations contained in paragraph 98.

99.     Deny the allegations contained in paragraph 99.

100.    Deny the allegations contained in paragraph 100.

101.    Deny the allegations contained in paragraph 101.

102.    Deny the allegations contained in paragraph 102.

103.    Deny the allegations contained in paragraph 103.

104.    Deny the allegations contained in paragraph 104.

105.   Deny the allegations contained in paragraph 105.

106.   Deny the allegations contained in paragraph 106.

107.   Deny the allegations contained in paragraph 107.

108.   Deny the allegations contained in paragraph 108.

109.   Deny the allegations contained in paragraph 109.

110.   Deny the allegations contained in paragraph 110.

111.   Deny the allegations contained in paragraph 111.

112.   Deny the allegations contained in paragraph 112.

113.   Deny the allegations contained in paragraph 113.

114.   Deny the allegations contained in paragraph 114.

115.   Deny the allegations contained in paragraph 115.

116.   Deny the allegations contained in paragraph 116.

117.   Deny the allegations contained in paragraph 117.

118.   Deny the allegations contained in paragraph 118.

119.   Deny the allegations contained in paragraph 119.

120.   Deny the allegations contained in paragraph 120.

121.   Deny the allegations contained in paragraph 121.

122.   Deny the allegations contained in paragraph 122.

123.   Deny the allegations contained in paragraph 123.

124.   Deny the allegations contained in paragraph 124.

125.   Deny the allegations contained in paragraph 125.

126.   Deny the allegations contained in paragraph 126.

127.   Deny the allegations contained in paragraph 127.

128. Deny the allegations contained in paragraph 128.

129. Deny the allegations contained in paragraph 129.

130. Deny the allegations contained in paragraph 130.

131. Deny the allegations contained in paragraph 131.

132. Deny the allegations contained in paragraph 132.

133. Deny the allegations contained in paragraph 133.

134. Deny the allegations contained in paragraph 134.

135. Deny the allegations contained in paragraph 135.

136. Deny the allegations contained in paragraph 136.

137. Deny the allegations contained in paragraph 137.

138. Deny the allegations contained in paragraph 138.

139. Deny the allegations contained in paragraph 139.

140. Deny the allegations contained in paragraph 140.

141. Deny the allegations contained in paragraph 141.

142. Deny the allegations contained in paragraph 142.

143. Deny the allegations contained in paragraph 143.

144. Deny the allegations contained in paragraph 144.

145. Deny the allegations contained in paragraph 145.

146. Deny the allegations contained in paragraph 146.

147. Deny the allegations contained in paragraph 147.

148. Deny the allegations contained in paragraph 148.

149. Deny the allegations contained in paragraph 149.

150. Deny the allegations contained in paragraph 150.

151.     Deny the allegations contained in paragraph 151.

152.     Deny the allegations contained in paragraph 152.

153.     Deny the allegations contained in paragraph 153.

154.     Deny the allegations contained in paragraph 154.

155.     Deny the allegations contained in paragraph 155.

156.     Deny the allegations contained in paragraph 156.

157.     Deny the allegations contained in paragraph 157.

158.     Deny the allegations contained in paragraph 158.

159.     Deny the allegations contained in paragraph 159.

160.     Deny the allegations contained in paragraph 160.

161.     Deny the allegations contained in paragraph 161.

162.     Deny the allegations contained in paragraph 162.

163.     Deny the allegations contained in paragraph 163.

164.     Deny the allegations contained in paragraph 164.

165.     Deny the allegations contained in paragraph 165.

166.     Deny the allegations contained in paragraph 166.

167.     Deny the allegations contained in paragraph 167.

168.     Deny the allegations contained in paragraph 168.

169.     Deny the allegations contained in paragraph 169.

170.     Deny the allegations contained in paragraph 170.

171.     Deny the allegations contained in paragraph 171.

172.     Deny the allegations contained in paragraph 172.

173.     Deny the allegations contained in paragraph 173.

174. Deny the allegations contained in paragraph 174.

175. Deny the allegations contained in paragraph 175.

176. Deny the allegations contained in paragraph 176.

177. Deny the allegations contained in paragraph 177.

178. Deny the allegations contained in paragraph 178.

179. Deny the allegations contained in paragraph 179.

180. Deny the allegations contained in paragraph 180.

181. Deny the allegations contained in paragraph 181.

182. Deny the allegations contained in paragraph 182.

183. Deny the allegations contained in paragraph 183.

184. Deny the allegations contained in paragraph 184.

185. Deny the allegations contained in paragraph 185.

186. Deny the allegations contained in paragraph 186.

187. Deny the allegations contained in paragraph 187.

188. Deny the allegations contained in paragraph 188.

189. Deny the allegations contained in paragraph 189.

190. Deny the allegations contained in paragraph 190.

191. Deny the allegations contained in paragraph 191.

192. Deny the allegations contained in paragraph 192.

193. Deny the allegations contained in paragraph 193.

194. Deny the allegations contained in paragraph 194.

195. Deny the allegations contained in paragraph 195.

196. Deny the allegations contained in paragraph 196.

197. Deny the allegations contained in paragraph 197.

198. Deny the allegations contained in paragraph 198.

199. Deny the allegations contained in paragraph 199.

200. Deny the allegations contained in paragraph 200.

201. Deny the allegations contained in paragraph 201.

202. Deny the allegations contained in paragraph 202.

203. Deny the allegations contained in paragraph 203.

204. Deny the allegations contained in paragraph 204.

205. Deny the allegations contained in paragraph 205.

206. Deny the allegations contained in paragraph 206.

207. Deny the allegations contained in paragraph 207.

208. Deny the allegations contained in paragraph 208.

209. Deny the allegations contained in paragraph 209.

210. Deny the allegations contained in paragraph 210.

211. Deny the allegations contained in paragraph 211.

212. Deny the allegations contained in paragraph 212.

213. Deny the allegations contained in paragraph 213.

214. Deny the allegations contained in paragraph 214.

215. Deny the allegations contained in paragraph 215.

216. Deny the allegations contained in paragraph 216.

217. Deny the allegations contained in paragraph 217.

218. Deny the allegations contained in paragraph 218.

219. Deny the allegations contained in paragraph 219.

220.    Deny the allegations contained in paragraph 220.

221.    Deny the allegations contained in paragraph 221.

222.    Deny the allegations contained in paragraph 222.

223.    Deny the allegations contained in paragraph 223.

224.    Deny the allegations contained in paragraph 224.

225.    Deny the allegations contained in paragraph 225.

226.    Deny the allegations contained in paragraph 226.

227.    Deny the allegations contained in paragraph 227.

228.    Deny the allegations contained in paragraph 228.

229.    Deny the allegations contained in paragraph 229.

230.    Deny the allegations contained in paragraph 230.

231.    Deny the allegations contained in paragraph 231.

232.    Deny the allegations contained in paragraph 232.

233.    Deny the allegations contained in paragraph 233.

234.    Deny the allegations contained in paragraph 234.

235.    Deny the allegations contained in paragraph 235.

236.    Deny the allegations contained in paragraph 236.

237.    Deny the allegations contained in paragraph 237.

238.    Deny the allegations contained in paragraph 238.

239.    Deny the allegations contained in paragraph 239.

240.    Deny the allegations contained in paragraph 240.

241.    Deny the allegations contained in paragraph 241.

242.    Deny the allegations contained in paragraph 242.

243. Deny the allegations contained in paragraph 243.

244. Deny the allegations contained in paragraph 244.

245. Deny the allegations contained in paragraph 245.

246. Deny the allegations contained in paragraph 246.

247. Deny the allegations contained in paragraph 247.

248. Deny the allegations contained in paragraph 248.

249. Deny the allegations contained in paragraph 249.

250. Deny the allegations contained in paragraph 250.

251. Deny the allegations contained in paragraph 251.

252. Deny the allegations contained in paragraph 252.

253. Deny the allegations contained in paragraph 253.

254. Deny the allegations contained in paragraph 254.

255. Deny the allegations contained in paragraph 255.

256. Deny the allegations contained in paragraph 256.

257. Deny the allegations contained in paragraph 257.

258. Deny the allegations contained in paragraph 258.

259. Deny the allegations contained in paragraph 259.

260. Deny the allegations contained in paragraph 260.

261. Deny the allegations contained in paragraph 261.

262. Deny the allegations contained in paragraph 262.

263. Deny the allegations contained in paragraph 263.

264. Deny the allegations contained in paragraph 264.

265. Deny the allegations contained in paragraph 265.

266. Deny the allegations contained in paragraph 266.

267. Deny the allegations contained in paragraph 267.

268. Deny the allegations contained in paragraph 268.

269. Deny the allegations contained in paragraph 269.

270. Deny the allegations contained in paragraph 270.

271. Deny the allegations contained in paragraph 271.

272. Deny the allegations contained in paragraph 272.

273. Deny the allegations contained in paragraph 273.

274. Deny the allegations contained in paragraph 274.

275. Deny the allegations contained in paragraph 275.

276. Deny the allegations contained in paragraph 276.

277. Deny the allegations contained in paragraph 277.

278. Deny the allegations contained in paragraph 278.

279. Deny the allegations contained in paragraph 279.

280. Deny the allegations contained in paragraph 280.

281. Deny the allegations contained in paragraph 281.

282. Deny the allegations contained in paragraph 282.

283. Deny the allegations contained in paragraph 283.

284. Deny the allegations contained in paragraph 284.

285. Deny the allegations contained in paragraph 285.

286. Deny the allegations contained in paragraph 286.

287. Deny the allegations contained in paragraph 287.

288. Deny the allegations contained in paragraph 288.

289.    Deny the allegations contained in paragraph 289.

290.    Deny the allegations contained in paragraph 290.

291.    Deny the allegations contained in paragraph 291.

292.    Deny the allegations contained in paragraph 292.

293.    Deny the allegations contained in paragraph 293.

294.    Deny the allegations contained in paragraph 294.

295.    Deny the allegations contained in paragraph 295.

296.    Deny the allegations contained in paragraph 296.

297.    Deny the allegations contained in paragraph 297.

298.    Deny the allegations contained in paragraph 298.

299.    Deny the allegations contained in paragraph 299.

300.    Deny the allegations contained in paragraph 300.

301.    Deny the allegations contained in paragraph 301.

302.    Deny the allegations contained in paragraph 302.

303.    Deny the allegations contained in paragraph 303.

304.    Deny the allegations contained in paragraph 304.

305.    Deny the allegations contained in paragraph 305.

306.    Deny the allegations contained in paragraph 306.

307.    Deny the allegations contained in paragraph 307.

308.    Deny the allegations contained in paragraph 308.

309.    Deny the allegations contained in paragraph 309.

310.    Deny the allegations contained in paragraph 310.

311.    Deny the allegations contained in paragraph 311.

312. Deny the allegations contained in paragraph 312.

313. Deny the allegations contained in paragraph 313.

314. Deny the allegations contained in paragraph 314.

315. Deny the allegations contained in paragraph 315.

316. Deny the allegations contained in paragraph 316.

317. Deny the allegations contained in paragraph 317.

318. Deny the allegations contained in paragraph 318.

319. Deny the allegations contained in paragraph 319.

320. Deny the allegations contained in paragraph 320.

321. Deny the allegations contained in paragraph 321.

322. Deny the allegations contained in paragraph 322.

323. Deny the allegations contained in paragraph 323.

324. Deny the allegations contained in paragraph 324.

325. Deny the allegations contained in paragraph 325.

326. Deny the allegations contained in paragraph 326.

327. Deny the allegations contained in paragraph 327.

328. Deny the allegations contained in paragraph 328.

329. Deny the allegations contained in paragraph 329.

330. Deny the allegations contained in paragraph 330.

331. Deny the allegations contained in paragraph 331.

332. Deny the allegations contained in paragraph 332.

333. Deny the allegations contained in paragraph 333.

334. Deny the allegations contained in paragraph 334.

335. Deny the allegations contained in paragraph 335.

336. Deny the allegations contained in paragraph 336.

337. Deny the allegations contained in paragraph 337.

338. Deny the allegations contained in paragraph 338.

339. Deny the allegations contained in paragraph 339.

340. Deny the allegations contained in paragraph 340.

341. Deny the allegations contained in paragraph 341.

342. Deny the allegations contained in paragraph 342.

343. Deny the allegations contained in paragraph 343.

344. Deny the allegations contained in paragraph 344.

345. Deny the allegations contained in paragraph 345.

346. Deny the allegations contained in paragraph 346.

347. Deny the allegations contained in paragraph 347.

348. Deny the allegations contained in paragraph 348.

349. Deny the allegations contained in paragraph 349.

350. Deny the allegations contained in paragraph 350.

351. Deny the allegations contained in paragraph 351.

352. Deny the allegations contained in paragraph 352.

353. Deny the allegations contained in paragraph 353.

354. Deny the allegations contained in paragraph 354.

355. Deny the allegations contained in paragraph 355.

356. Deny the allegations contained in paragraph 356.

357. Deny the allegations contained in paragraph 357.

358.    Deny the allegations contained in paragraph 358.

359.    Deny the allegations contained in paragraph 359.

360.    Deny the allegations contained in paragraph 360.

361.    Deny the allegations contained in paragraph 361.

362.    Deny the allegations contained in paragraph 362.

363.    Deny the allegations contained in paragraph 363.

364.    Deny the allegations contained in paragraph 364.

365.    Deny the allegations contained in paragraph 365.

366.    Deny the allegations contained in paragraph 366.

367.    Deny the allegations contained in paragraph 367.

368.    Deny the allegations contained in paragraph 368.

369.    Deny the allegations contained in paragraph 369.

370.    Deny the allegations contained in paragraph 370.

371.    Deny the allegations contained in paragraph 371.

372.    Deny the allegations contained in paragraph 372.

373.    Deny the allegations contained in paragraph 373.

374.    Deny the allegations contained in paragraph 374.

375.    Deny the allegations contained in paragraph 375.

376.    Deny the allegations contained in paragraph 376.

377.    Deny the allegations contained in paragraph 377.

378.    Deny the allegations contained in paragraph 378.

379.    Deny the allegations contained in paragraph 379.

380.    Deny the allegations contained in paragraph 380.

381.    Deny the allegations contained in paragraph 381.

382.    Deny the allegations contained in paragraph 382.

383.    Deny the allegations contained in paragraph 383.

384.    Deny the allegations contained in paragraph 384.

385.    Deny the allegations contained in paragraph 385.

386.    Deny the allegations contained in paragraph 386.

387.    Deny the allegations contained in paragraph 387.

388.    Deny the allegations contained in paragraph 388.

389.    Deny the allegations contained in paragraph 389.

390.    Deny the allegations contained in paragraph 390.

391.    Deny the allegations contained in paragraph 391.

392.    Deny the allegations contained in paragraph 392.

393.    Deny the allegations contained in paragraph 393.

394.    Deny the allegations contained in paragraph 394.

395.    Deny the allegations contained in paragraph 395.

396.    Deny the allegations contained in paragraph 396.

397.    Deny the allegations contained in paragraph 397.

398.    Deny the allegations contained in paragraph 398.

399.    Deny the allegations contained in paragraph 399.

400.    Deny the allegations contained in paragraph 400.

401.    Deny the allegations contained in paragraph 401.

402.    Deny the allegations contained in paragraph 402.

403.    Deny the allegations contained in paragraph 403.

404. Deny the allegations contained in paragraph 404.

405. Deny the allegations contained in paragraph 405.

406. Deny the allegations contained in paragraph 406.

407. Deny the allegations contained in paragraph 407.

408. Deny the allegations contained in paragraph 408.

409. Deny the allegations contained in paragraph 409.

410. Deny the allegations contained in paragraph 410.

411. Deny the allegations contained in paragraph 411.

412. Deny the allegations contained in paragraph 412.

413. Deny the allegations contained in paragraph 413.

414. Deny the allegations contained in paragraph 414.

415. Deny the allegations contained in paragraph 415.

416. Deny the allegations contained in paragraph 416.

417. Deny the allegations contained in paragraph 417.

418. Deny the allegations contained in paragraph 418.

419. Deny the allegations contained in paragraph 419.

420. Deny the allegations contained in paragraph 420.

421. Deny the allegations contained in paragraph 421.

422. Deny the allegations contained in paragraph 422.

423. Deny the allegations contained in paragraph 423.

424. Deny the allegations contained in paragraph 424.

425. Deny the allegations contained in paragraph 425.

426. Deny the allegations contained in paragraph 426.

427.     Deny the allegations contained in paragraph 427.

428.     Deny the allegations contained in paragraph 428.

429.     Deny the allegations contained in paragraph 429.

430.     Deny the allegations contained in paragraph 430.

431.     Deny the allegations contained in paragraph 431.

432.     Deny the allegations contained in paragraph 432.

433.     Deny the allegations contained in paragraph 433.

434.     Deny the allegations contained in paragraph 434.

435.     Deny the allegations contained in paragraph 435.

436.     Deny the allegations contained in paragraph 436.

437.     Deny the allegations contained in paragraph 437.

438.     Deny the allegations contained in paragraph 438.

439.     Deny the allegations contained in paragraph 439.

440.     Deny the allegations contained in paragraph 440.

441.     Deny the allegations contained in paragraph 441.

442.     Deny the allegations contained in paragraph 442.

443.     Deny the allegations contained in paragraph 443.

444.     Deny the allegations contained in paragraph 444.

445.     Deny the allegations contained in paragraph 445.

446.     Deny the allegations contained in paragraph 446.

447.     Deny the allegations contained in paragraph 447.

448.     Deny the allegations contained in paragraph 448.

449.     Deny the allegations contained in paragraph 449.

450. Deny the allegations contained in paragraph 450.

451. Deny the allegations contained in paragraph 451.

452. Deny the allegations contained in paragraph 452.

453. Deny the allegations contained in paragraph 453.

454. Deny the allegations contained in paragraph 454.

455. Deny the allegations contained in paragraph 455.

456. Deny the allegations contained in paragraph 456.

457. Deny the allegations contained in paragraph 457.

458. Deny the allegations contained in paragraph 458.

459. Deny the allegations contained in paragraph 459.

460. Deny the allegations contained in paragraph 460.

461. Deny the allegations contained in paragraph 461.

462. Deny the allegations contained in paragraph 462.

463. Deny the allegations contained in paragraph 463.

464. Deny the allegations contained in paragraph 464.

465. Deny the allegations contained in paragraph 465.

466. Deny the allegations contained in paragraph 466.

467. Deny the allegations contained in paragraph 467.

468. Deny the allegations contained in paragraph 468.

469. Deny the allegations contained in paragraph 469.

470. Deny the allegations contained in paragraph 470.

471. Deny the allegations contained in paragraph 471.

472. Deny the allegations contained in paragraph 472.

473. Deny the allegations contained in paragraph 473.

474. Deny the allegations contained in paragraph 474.

475. Deny the allegations contained in paragraph 475.

476. Deny the allegations contained in paragraph 476.

477. Deny the allegations contained in paragraph 477.

478. Deny the allegations contained in paragraph 478.

479. Deny the allegations contained in paragraph 479.

480. Deny the allegations contained in paragraph 480.

481. Deny the allegations contained in paragraph 481.

482. Deny the allegations contained in paragraph 482.

483. Deny the allegations contained in paragraph 483.

484. Deny the allegations contained in paragraph 484.

## **<u>FIRST CAUSE OF ACTION</u>**

485. Repeat the allegations contained in paragraphs 1 through 484.

486. Deny the allegations contained in paragraph 486 and refer all questions of law to the Court.

487. Deny the allegations contained in paragraph 487.

488. Deny the allegations contained in paragraph 488.

489. Deny the allegations contained in paragraph 489.

490. Deny the allegations contained in paragraph 490.

491. Deny the allegations contained in paragraph 491.

492. Deny the allegations contained in paragraph 492.

## SECOND CAUSE OF ACTION

493.     Repeat the allegations contained in paragraphs 1 through 492.

494.     Deny the allegations contained in paragraph 494 and refer all questions of law to the Court.

495.     Deny the allegations contained in paragraph 495 and refer all questions of law to the Court.

496.     Deny the allegations contained in paragraph 496.

497.     Deny the allegations contained in paragraph 497.

498.     Deny the allegations contained in paragraph 498.

499.     Deny the allegations contained in paragraph 499.

500.     Deny the allegations contained in paragraph 500.

## THIRD CAUSE OF ACTION

501.     Repeat the allegations contained in paragraphs 1 through 500.

502.     Deny the allegations contained in paragraph 502 and refer all questions of law to the Court.

503.     Deny the allegations contained in paragraph 503.

504.     Deny the allegations contained in paragraph 504.

505.     Deny the allegations contained in paragraph 505.

## FOURTH CAUSE OF ACTION

506.     Repeat the allegations contained in paragraphs 1 through 505.

507.     Deny the allegations contained in paragraph 507 and refer all questions of law to the Court.

508.     Deny the allegations contained in paragraph 508.

509. Deny the allegations contained in paragraph 509.

510. Deny the allegations contained in paragraph 510.

511. Deny the allegations contained in paragraph 511.

512. Deny the allegations contained in paragraph 512.

513. Deny the allegations contained in paragraph 513.

## FIFTH CAUSE OF ACTION

514. Repeat the allegations contained in paragraphs 1 through 513.

515. Deny the allegations contained in paragraph 515 and refer all questions of law to the Court.

516. Deny the allegations contained in paragraph 516.

517. Deny the allegations contained in paragraph 517.

518. Deny the allegations contained in paragraph 518.

519. Deny the allegations contained in paragraph 519.

## SIXTH CAUSE OF ACTION

520. Repeat the allegations contained in paragraphs 1 through 519.

521. Deny the allegations contained in paragraph 521 and refer all questions of law to the Court.

522. Deny the allegations contained in paragraph 522.

523. Deny the allegations contained in paragraph 523.

524. Deny the allegations contained in paragraph 524.

525. Deny the allegations contained in paragraph 525.

526. Deny the allegations contained in paragraph 526.

## SEVENTH CAUSE OF ACTION

527.   Repeat the allegations contained in paragraphs 1 through 526.

528.   Deny the allegations contained in paragraph 528 and refer all questions of law to the Court.

529.   Deny the allegations contained in paragraph 529.

530.   Deny the allegations contained in paragraph 530.

531.   Deny the allegations contained in paragraph 531.

532.   Deny the allegations contained in paragraph 532.

533.   Deny the allegations contained in paragraph 533.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state any claims upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs are not suitable representatives of the putative class or collective.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs have suffered no damages or pecuniary loss attributable to actionable conduct by Defendants.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

Przemyslaw cannot be held personally liable herein as he was not Plaintiffs' employer or an officer or director of Plaintiffs' employer who determined the terms and conditions of their alleged employment.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrines of accord and satisfaction, ratification, confirmation and acquiescence.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are time-barred in whole or part.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendants' acts were undertaken in good faith without reckless disregard for Plaintiffs' statutory rights, in compliance with and reliance on applicable laws, rules, regulations, rulings, approvals, interpretations and orders and with reasonable grounds for believing that their actions were in compliance with the law.

## TWELFTH AFFIRMATIVE DEFENSE

To the extent Plaintiffs were compensated beyond their actual entitlement, such additional compensation would satisfy in whole or part of the claims herein.

## THIRTEENTH AFFIRMATIVE DEFENSE

At all times relevant, Defendants acted reasonably and in the proper and lawful exercise of their discretion and business judgment, and without intent to violate Plaintiff's rights.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not covered by the statutes pursuant to which his claims are brought.

## FIFTEENTH AFFIRMATIVE DEFENSE

Any premium and overtime pay Plaintiff received during the course of his employment must be offset against any alleged liability asserted in the Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are subject in whole or part, to set-off.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Some or all of the compensation sought by Plaintiffs is not based on any compensable working time under the applicable statutes.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Defendants did not breach any contractual, general, or other duty to Plaintiffs.

## NINETEENTH AFFIRMATIVE DEFENSE

The alleged unpaid working time from Plaintiffs is *de minimis*

## TWENTIETH AFFIRMATIVE DEFENSE

Any damages allegedly sustained by Plaintiffs resulted from, or were proximately caused by, the acts, omissions or other culpable conduct of third parties over whom Defendants, had no control.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

The damages allegedly suffered by Plaintiff were caused in whole or in part, or were exacerbated by, Plaintiff's own negligence, fraudulent, improper, unlawful and/or culpable conduct or omissions and, accordingly, Plaintiff's claim is therefore barred or diminished in the proportion that such conduct or omissions bears to the total culpable conduct causing the alleged damages.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are precluded in whole or part to the extent there was a failure to mitigate damages.

## RESERVATION OF RIGHTS

Defendants reserve the right to amend their Answer to Plaintiffs' Complaint and to assert such additional affirmative and/or separate defenses as are made known during discovery.

WHEREFORE, Defendants respectfully request that:

a.      The Court dismiss the Complaint in its entirety with prejudice;

b.      The Court award Defendants the costs and expenses incurred in connection with this action, including reasonable attorneys' fees; and

c.      The Court grant such other and further relief as is just and proper.

Dated:   New York, New York
         June 9, 2020

                                   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                         By:     /s/ Peter T. Shapiro
                                 Peter T. Shapiro, Esq.
                                 77 Water Street, Suite 2100
                                 New York, New York  10005
                                 (212) 232-1300
                                 Peter.Shapiro@lewisbrisbois.com
                                 *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on June 9, 2019 he caused the Answer to be filed and served by ECF upon the attorneys of record for plaintiff.

                                                        /s/ Peter T. Shapiro
                                                         Peter T. Shapiro